UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD STEWART (#307065)

VERSUS  CIVIL ACTION NO.: 08-641-JVP-CN

BURL CAIN, ET AL

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Reports and Recommendations of United States Magistrate Judge Christine Noland dated January 15, 2009 (doc. 13). Plaintiff has filed an objection (doc. 20) which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus (doc. 1) filed by petitioner, Ronald Gene Stewart, shall be **DISMISSED WITH PREJUDICE** as untimely filed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 24th, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA