UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD GENE STEWART
(DOC # 307065)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 08-641-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 13, 2012 (doc. no. 44). Petitioner filed an objection which essentially makes the same arguments and has been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition for Writ of Habeas Corpus (doc. no. 1) and the "Supplement to Original Petition for Writ of Habeas Corpus" (doc. no. 35) filed by petitioner, Ronald Gene Stewart, is DISMISSED WITH PREJUDICE.

Baton Rouge, Louisiana, this 8th day of February, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE