UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD G. STEWART (#307065)

VERSUS

WARDEN BURL CAIN

CIVIL ACTION

NO. 08-641-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 30, 2016 (doc. no. 70) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus is DENIED, and in the event that the petitioner seeks to pursue an appeal in this case, a certificate of appealability is DENIED.

Baton Rouge, Louisiana, this <u>29th</u> day of September, 2016.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA