UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD G. STEWART (#307065)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 08-641-JJB-RLB

ORDER

This matter comes before the Court on the petitioner's Motion To Re-Open the Case Under Rule 60(b) (R. Doc. 75). This Motion shall be denied.

On August 30, 2016, the Magistrate Judge issued a Report and Recommendation (R. Doc. 70) recommending that the petitioner's application for habeas corpus be denied. The petitioner did not object, and the petitioner's application was denied by the District Judge. *See* R. Docs. 72 and 73.

The petitioner now asserts that he did not receive a copy of the Report and Recommendation; therefore, he did not have an opportunity to object to the same. He moves for relief pursuant to Rule 60(b)(1) and 60(b)(6).

Rule 60(b)(1) allows a Court to vacate a judgment for mistake, inadvertence, surprise, or excusable neglect. Rule 60(b)(6) allows for a judgment to be vacated for "any other reason that justifies such relief" and provides a residual clause meant to cover unforeseen contingencies and to accomplish justice in exceptional circumstances. *Steverson v. GlobalSantaFe Corp.*, 508 F.3d 300, 303 (5th Cir. 2007). The relief afforded by Rule 60(b)(6) is meant to be extraordinary relief, and it requires that the moving party make a showing of extraordinary circumstances justifying such relief. *Hess v. Cockrell*, 281 F.3d 212, 216, (5th Cir. 2002).

In the instant motion, the plaintiff has made no showing which would support the application of Rule 60(b)(1) or 60(b)(6). Whether the petitioner was provided with a copy of the Magistrate Judge's Report and Recommendation and the opportunity to respond need not be resolved. The petitioner has not identified any factual dispute or legal contention that he could have raised in his objection that would have prevented dismissal. *See Braxton v. Estelle*, 641 F.2d 392, 397 (5th Cir. 1981). As such, the petitioner has not shown that he is entitled to relief.

Accordingly,

**IT IS ORDERED** that the plaintiff's Motion To Re-Open the Case Under Rule 60(b) (R. Doc. 75) be and is hereby **DENIED**.

Baton Rouge, Louisiana, this 23rd day of May, 2017.

_____
JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA